IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

RECEIVED

2015 MAY 19 A 9: 29

| | | |
|---|---|---|
| Larry Charles Furr, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6:13-1229-RMG |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin, Commissioner of Social Security, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

This *pro se* matter comes before the Court following the vacating of this Court's order by the United States Court of Appeals for the Fourth Circuit based upon the assertion by Plaintiff that his application for Supplemental Security Income ("SSI") was not part of his administrative record before the agency, the SSI application contained material information not included in his Disability Insurance Benefits ("DIB") application that was part of the administrative record, and such allegedly material information found in the SSI application was, thus, not considered by the Administrative Law Judge in reaching his decision on Plaintiff's application for disability benefits. (Dkt. No. 71). As per the instructions of the Fourth Circuit, the decision of the Commissioner is reversed and remanded with instructions to add Plaintiff's SSI application to the administrative record and to conduct further proceedings consistent with the order of the Fourth Circuit.

AND IT IS SO ORDERED.

-1-

_____
Richard Mark Gergel
United States District Judge

May 1⁴, 2015
Charleston, South Carolina