AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Larry Charles Furr,  )  <br> *Plaintiff*  )  <br> v.  )    Civil Action No.    6:13-cv-01229-RMG <br> Commissioner Social Security Administration,  )  <br> *Defendant*  ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the decision of the Commissioner to deny benefits is reversed and the action is remanded to the Commissioner for further administrative action.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel.

Date:    May 19, 2015                                 *ROBIN L. BLUME, CLERK OF COURT*

                                                                          s/Ashley Buckingham, Deputy Clerk
                                                                             *Signature of Clerk or Deputy Clerk*